UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAYLON W. STAMPS,<br><br>                       Plaintiff,<br><br>-against-<br><br>ENDURANCE INTERNATIONAL GROUP HOLDINGS INC., JEFFREY H. FOX, JAMES C. NEARY, ANDREA J. AYERS, DALE L. CRANDALL, JOSEPH P. DISABATO, TOMAS GORNY, PETER J. PERRONE, CHANDLER J. REEDY, JUSTIN L. SADRIAN, and ALEXI A. WELLMAN,<br><br>                       Defendants. | Case No.: 1:20-cv-10321-JPC |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: January 19, 2021 | Respectfully submitted, |
| **OF COUNSEL:** | **MONTEVERDE & ASSOCIATES PC** |
| **ADEMI LLP**<br>Guri Ademi<br>Jesse Fruchter<br>3620 East Layton Avenue<br>Cudahy, Wisconsin 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001 | */s/Juan E. Monteverde*<br>Juan E. Monteverde (JM-8169)<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, New York 10118<br>Tel: 212-971-1341<br>Fax: 212-202-7880 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |